**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **MARY E. WATERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 02-2355 (RCL)** |
| | ) | |
| **UNITED STATES ATTORNEY** | ) | |
| **GENERAL, ALBERTO GONZALES** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

ORDER AND JUDGMENT

Consistent with the Findings of Fact and Conclusions of Law issued this date, it is hereby

ordered that plaintiff's complaint is dismissed with prejudice and that judgment be entered for

defendant and against plaintiff.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, June 22, 2005.